UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14011-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAMERON DVAUGHNTE ANCRUM,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 4**

**THIS CAUSE** came before me on January 6, 2023. Having conducted a hearing, I recommend as follows:

1. A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on December 9, 2022. DE 31.

2. Defendant appeared before me for a hearing on January 6, 2023. At the hearing, Defendant admitted Violation Numbers 1 and 4 as set forth in the Petition. The Government agreed to dismiss Violation Numbers 2, 3, and 5 at sentencing.

3. The possible maximum penalties faced by Defendant were read into the record by the Government. Defendant stated that he understood those penalties.

4. I questioned Defendant on the record and made certain that he understood his right to an evidentiary hearing. Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 1 and 4 are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5.      The Government proffered a factual basis for Defendant's admissions.  The factual basis included a Judgment, DE 37-1, and Information, DE 37-2, from the County Court, Tenth Judicial Circuit in and for Highlands County, Florida.  These documents show Defendant was charged and convicted of Domestic Battery, Criminal Mischief, and Resisting an Officer Without Violence in violation of Florida law, in county court Case Number 22-733-MM.  Defendant's convictions form the factual basis for Violation Numbers 1 and 4.   Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter.  Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support Defendant's admissions to Violation Numbers 1 and 4.

**ACCORDINGLY**, based upon Defendant's admissions under oath, I recommend to the District Court that Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1 and 4 of the Petition, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case.  Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 1st day of February, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE